# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00100-RJC-DSC

| | |
|---|---|
| **CHRISTOPHER STRIANESE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DIVERSIFIED CONSULTANTS, INC. et. al.,** )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Aaron R. Easley]" (document #16) filed March 6, 2019.

For the reasons stated therein, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 7, 2019

David S. Cayer
United States Magistrate Judge